**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 5, 2015

Hon. Mark A. Alexander
Attorney at Law
4009 S. Sugar Rd.
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Ricardo P. Rodriguez
Hidalgo County District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Luis A. Gonzalez
Hidalgo County Courthouse
Assistant District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Pamela S. Alexander
Attorney at Law
4009 S. Sugar Road
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00452-CR
Tr.Ct.No. CR-0932-02-H
Style:    Jose Isaac Reyes v. The State of Texas


        State's motion for extension of time to file brief in the above cause was this day GRANTED by this Court.  The time has been extended to Monday, June 22, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

DER:ch